# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STOVER, ROBERT A. § Case No. 09-19301
STOVER, ELIZABETH M §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 7/20/12 in Courtroom,
    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                     Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
STOVER, ROBERT A. § Case No. 09-19301
STOVER, ELIZABETH M §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,930.37 |
| and approved disbursements of | $ | 169.74 |
| leaving a balance on hand of[1] | $ | 16,760.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,443.04 | $ 0.00 | $ 2,443.04 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,039.25 | $ 0.00 | $ 2,039.25 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 180.00 | $ 0.00 | $ 180.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.42 | $ 22.42 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,412.29 |
| Remaining Balance | | | $ 10,348.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,036.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 19,229.18 | $ 0.00 | $ 2,009.26 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 15,849.64 | $ 0.00 | $ 1,656.13 |
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 20,148.47 | $ 0.00 | $ 2,105.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 11,098.94 | $ 0.00 | $ 1,159.73 |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 296.59 | $ 0.00 | $ 30.99 |
| 000006 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 1,581.51 | $ 0.00 | $ 165.25 |
| 000007 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | $ 9,951.54 | $ 0.00 | $ 1,039.84 |
| 000008 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 10,978.16 | $ 0.00 | $ 1,147.11 |
| 000009 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Household Bank POB 41067 Norfolk VA 23541 | $ 9,902.65 | $ 0.00 | $ 1,034.72 |

              Total to be paid to timely general unsecured creditors                    $            10,348.34

              Remaining Balance                                                         $                 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert A. Stover  
Elizabeth M Stover  
    Debtors

Case No. 09-19301-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: vrowe     Page 1 of 3     Date Rcvd: Jun 20, 2012  
                      Form ID: pdf006    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2012.

```
db          #+Robert A. Stover,    18 Brunswick Lane,    Lincolnshire, IL 60069-3348
jdb         #+Elizabeth M Stover,    18 Brunswick Lane,    Lincolnshire, IL 60069-3348
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
13971592     +Baxter Credit Union,    Ean L Kryska,    c/o Smith Aumundsen LLC,    150 N Michigan Ave, Ste 3300,
               Chicago, IL 60601-7621
13971593      Baxter Credit Union Visa,    Customer Service,    P.O. Box 31112,    Tampa, FL 33631-3112
13971594     +Beneficial,    961 Weigel Drive,    Elmhurst, IL 60126-1058
13971595      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15100655      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13971596      Chase Visa,    P.O. Box 15548,    Wilmington, DE 19886-5548
13971597      Citi Cards,    PO Box 142319,    Irving, TX 75014-2319
13971598     +David Stover,    42 Lincolnshire Drive,    Lincolnshire, IL 60069-3128
13971599      Diners MasterCard,    P.O. Box 6003,    The Lakes, NV 88901-6003
13971600      Exxon Mobil,    P.O. Box 688940,    Des Moines, IA 50368-8940
13971601      HSBC,    P.O. Box 80026,    Salinas, CA 93912-0026
15613750     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Household Bank,
               POB 41067,    Norfolk VA 23541-1067
13971603     +Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13971602     +Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
13971604     +THD/CBSD,    PO Box 689100,    Des Moines, IA 50368
15421333    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH  45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15581408       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2012 03:20:03
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14059343       E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2012 03:00:40     GE Money Bank,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Ave., Ste 1120,
               Miami, FL 33131-1605
15237631      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 21 2012 01:10:49
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13971605*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 1800,    Saint Paul, MN 55101-0800)
13971606*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank Visa,    P.O. Box 108,    Saint Louis, MO 63166)
13971607*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank Visa,    P.O. Box 108,    Saint Louis, MO 63166)
13971591    ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                             TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: vrowe              Page 2 of 3             Date Rcvd: Jun 20, 2012
                               Form ID: pdf006         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: vrowe              Page 3 of 3              Date Rcvd: Jun 20, 2012
                               Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2012 at the address(es) listed below:

```
              E. Philip  Groben    on behalf of Trustee Joseph Cohen pgroben@cohenandkrol.com
              Ean L Kryska    on behalf of Creditor  Baxter Credit Union ekryska@salawus.com,   jadams@salawus.com
              Gina B Krol    on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;jhazdra@cohenandkrol.com
              Joseph E Cohen    jcohenattorney@aol.com,    jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
              Julia Jensen Smolka    on behalf of Debtor Robert Stover jjensen@dimonteandlizak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```