UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
STOVER, ROBERT A. § Case No. 09-19301
STOVER, ELIZABETH M §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Baxter Credit Union 340 N. Milwaukee Avenue Vernon Hills, IL 60061 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | BAXTER CREDIT UNION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union Visa Customer Service P.O. Box 31112 Tampa, FL 33631-3112 | | | | | |
| | Beneficial 961 Weigel Drive Elmhurst, IL 60126 | | | | | |
| | Diners MasterCard P.O. Box 6003 The Lakes, NV 88901-6003 | | | | | |
| | Sears P.O. Box 6282 Sioux Falls, SD 57117 | | | | | |
| | THD/CBSD PO Box 689100 Des Moines, IA 50368-9100 | | | | | |
| | US Bank Visa P.O. Box 108 Saint Louis, MO 63166 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | U.S. BANK N.A. | | | | | |
| 000006 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 09-19301 Doc 55 Filed 12/22/12 Entered 12/22/12 14:28:10 Desc Main
Document Page 8 of 14

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-19301 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | STOVER, ROBERT A. | Date Filed (f) or Converted (c): | 05/28/09 (f) |
| | STOVER, ELIZABETH M | 341(a) Meeting Date: | 07/06/09 |
| For Period Ending: | 12/20/12 | Claims Bar Date: | 05/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home 18 Brunswick Lane Lincolnshire, | 475,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Vacant Land parcel 2.5 acres Solano, California | 0.00 | Unknown | | 0.00 | Unknown |
| 3. Trailer and lot 884 Hawthorn Circle Barefoot Bay, | 35,000.00 | 0.00 | | 10,000.00 | 0.00 |
| 4. Cash | 60.00 | 0.00 | | 0.00 | 0.00 |
| 5. BankFinancial savings account #0267073535 | 20.00 | 0.00 | | 0.00 | 0.00 |
| 6. BankFinancial checking account #0000468096 | 94.00 | 0.00 | | 0.00 | 0.00 |
| 7. US Bank checking account #199370644536 | 54.00 | 0.00 | | 0.00 | 0.00 |
| 8. Schwab account #8550-5571 | 618.00 | 0.00 | | 0.00 | 0.00 |
| 9. Baxter Credit Union checking account | 261.00 | 0.00 | | 0.00 | 0.00 |
| 10. Baxter Credit Union savings account | 43.00 | 0.00 | | 0.00 | 0.00 |
| 11. Miscellaneous household furnishings | 4,924.00 | 0.00 | | 0.00 | 0.00 |
| 12. Miscellaneous books and figurine collections | 2,570.00 | 0.00 | | 0.00 | 0.00 |
| 13. Miscellaneous clothing | 370.00 | 0.00 | | 0.00 | 0.00 |
| 14. Fur coat and wedding rings | 975.00 | 0.00 | | 0.00 | 0.00 |
| 15. Golf clubs and cameras | 60.00 | 0.00 | | 0.00 | 0.00 |
| 16. Baxter Corporation; 142 shares @ $49.74 ea CVS-Car | 13,834.00 | 0.00 | | 6,924.00 | FA |
| 17. 1997 Lincoln | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 18. 1994 Oldsmobile | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.73 | Unknown |
| **TOTALS (Excluding Unknown Values)** | **$536,383.00** | **$0.00** | | **$16,930.73** | **$0.00** Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-19301  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | STOVER, ROBERT A. | Date Filed (f) or Converted (c): 05/28/09 (f) |
| | STOVER, ELIZABETH M | 341(a) Meeting Date: 07/06/09 |
| | | Claims Bar Date: 05/24/10 |

TRUSTEE HAS REQUESTED RECORDS ON OWNERSHIP OF STOCK AND OTHER ASSETS.  TRUSTEE HAS SOLD INTEREST IN STOCK AND TRAILER.
TRUSTEE IS FILING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/12        Current Projected Date of Final Report (TFR): 02/28/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-19301 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | STOVER, ROBERT A. | Bank Name: | BANK OF AMERICA, N.A. |
| | STOVER, ELIZABETH M | Account Number / CD #: | *******1202 BofA - Money Market Account |
| Taxpayer ID No: | *******1624 | | |
| For Period Ending: | 12/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/10 | 3 | Robert Stover | | 1110-000 | 10,000.00 | | 10,000.00 |
| 03/25/10 | 16 | robert stover | | 1129-000 | 6,924.00 | | 16,924.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 16,924.01 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,924.43 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,924.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,925.28 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,925.71 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 16,926.15 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,926.57 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 16,926.99 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,927.42 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,927.85 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 16,928.28 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,928.41 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.28 | 16,920.13 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,920.27 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,920.40 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 16,920.55 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,920.69 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,920.82 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 16,920.97 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,921.11 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,921.25 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.56 | 16,899.69 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,899.83 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.84 | 16,878.99 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,879.13 |

Page Subtotals 16,929.81 50.68

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Page: 2

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-19301 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | STOVER, ROBERT A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | STOVER, ELIZABETH M | | Account Number / CD #: | *******1202  BofA - Money Market Account |
| Taxpayer ID No: | *******1624 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.81 | 16,858.32 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 16,858.47 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.11 | 16,836.36 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,836.49 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.01 | 16,816.48 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 14.14 | 16,802.34 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,802.48 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.67 | 16,781.81 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 16,781.95 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.32 | 16,760.63 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,760.77 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,760.90 |
| 07/19/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 16,760.99 |
| 07/19/12 | | Transfer to Acct #*******2264 | Final Posting Transfer | 9999-000 | | 16,760.99 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,930.73 | 16,930.73 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 16,760.99 | |
| Subtotal | 16,930.73 | 169.74 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 16,930.73 | 169.74 | |

Page Subtotals         0.92         16,880.05

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-19301 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | STOVER, ROBERT A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | STOVER, ELIZABETH M | | Account Number / CD #: | *******2264 BofA - Checking Account |
| Taxpayer ID No: | *******1624 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/12 | | Transfer from Acct #*******1202 | Transfer In From MMA Account | 9999-000 | 16,760.99 | | 16,760.99 |
| 07/25/12 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,443.07 | 14,317.92 |
| 07/25/12 | 003002 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,359.50 | 12,958.42 |
| 07/25/12 | 003003 | COOKE & LEWIS, LTD. | Accountant for Trustee fees<br>Accountant for Trustee fees<br>   Fees       1,750.00<br>   Expenses   180.00 | <br><br>3410-000<br>3420-000 | | 1,930.00 | 11,028.42 |
| 07/25/12 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 679.75 | 10,348.67 |
| 07/25/12 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 10.44933% | 7100-000 | | 2,009.32 | 8,339.35 |
| 07/25/12 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 10.44932% | 7100-000 | | 1,656.18 | 6,683.17 |
| 07/25/12 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 10.44933% | 7100-000 | | 2,105.38 | 4,577.79 |
| 07/25/12 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 10.44929% | 7100-000 | | 1,159.76 | 3,418.03 |
| 07/25/12 | 003009 | PYOD LLC its successors and assigns as assignee of | Claim 000005, Payment 10.44877% | 7100-000 | | 30.99 | 3,387.04 |

Page Subtotals       16,760.99       13,373.95

Ver: 17.00b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-19301 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | STOVER, ROBERT A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | STOVER, ELIZABETH M | | Account Number / CD #: | *******2264 BofA - Checking Account |
| Taxpayer ID No: | *******1624 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/12 | 003010 | Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000006, Payment 10.44951%<br>(6-1) line of credit | 7100-000 | | 165.26 | 3,221.78 |
| 07/25/12 | 003011 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000007, Payment 10.44934%<br>(7-1) credit card | 7100-000 | | 1,039.87 | 2,181.91 |
| 07/25/12 | 003012 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 10.44929% | 7100-000 | | 1,147.14 | 1,034.77 |
| 07/25/12 | 003013 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Household Bank<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 10.44943% | 7100-000 | | 1,034.77 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 16,760.99 | 16,760.99 | 0.00 |
| Less: Bank Transfers/CD's | 16,760.99 | 0.00 | |
| Subtotal | 0.00 | 16,760.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 16,760.99 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********1202 | 16,930.73 | 169.74 | 0.00 |
| BofA - Checking Account - ********2264 | 0.00 | 16,760.99 | 0.00 |

Page Subtotals 0.00 3,387.04

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-19301 -ABG |
| Case Name: | STOVER, ROBERT A. |
| | STOVER, ELIZABETH M |
| Taxpayer ID No: | *******1624 |
| For Period Ending: | 12/20/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2264  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 16,930.73 | 16,930.73 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*